IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:12-430-CMC |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Bruce Long, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion for judgment of acquittal or in the alternative for a new trial. ECF No. 1199. The Government has responded in opposition, and Defendant has replied.

For the reasons stated by the Government in its response, and for the reasons provided at trial during consideration of Defendant's motion for judgment of acquittal under Rule 29(a) and at the close of all evidence,

Defendant's motion is **denied**.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 17, 2013

1